UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)Criminal No. 04-10299-PBS
v. )
)VIOLATIONS:
1. Luz LUCIANO, )
   a/k/a Chila, )21 U.S.C. $846 – Conspiracy to
2. Daniel AGUILAR, )Possess with Intent to
   a/k/a "Lik" )Distribute Cocaine
3. Roberto SOLORIO, )
4. Ricardo ESTRADA, )21 U.S.C. § 853 – Criminal
5. Andres MARTINEZ, )Forfeiture
   a/k/a Castro Casimiro, )
   a/k/a Joel Zequeira, )
6. Jose ROSALES, )
   a/k/a Tony, )
   a/k/a Tono, )
   a/k/a Joel Agostini, )
7. Valentin MARTINEZ, )
   a/k/a Valentin RIVERA, )
   a/k/a "V", )
   a/k/a Vale, )
8. Kelvin MADERA, )
   a/k/a Manolo LNU, )
   a/k/a Manuel GERMOSEN, )
9. Abdallah HAMDAN, )
10. Ricardo MARTINEZ, )
   a/k/a Chorizo, )
   a/k/a Chori, )
11. Howard GREENBERG, )
12. EDGAR HOFFENS, )
   a/k/a Carlos Colon Rivera,)
   a/k/a Tigueron, )
13. Rogelio GARCIA, )
   a/k/a Lacuilla, )
14. Javier Angel Romero, )
   a/k/a Ramon ACOSTA, )
15. Cristian GERMOSEN, )
16. Juan MARTINEZ, )
   a/k/a Marcelino Cuevas, )
   a/k/a Chon, )
17. Gerardo Vasseur ORTIZ, )
   a/k/a Scarface, )
18. Phillip ASARO, )
19. Silvestre LIZARDI, )

2

```
20. Robert RUSCIO,              )
21. Giovanni AVILA,             )
       a/k/a Gio,               )
       a/k/a the Painter,       )
22. Gilberto ZAYAS,             )
       a/k/a Tony,              )
23. Luís DEJESUS,               )
       a/k/a Edgardo,           )
24. Benito GRULLON,             )
       a/k/a "Quico"            )
```

                **Defendants.**

### FIRST SUPERSEDING INDICTMENT

**COUNT ONE:**      **(21 United States Code Section 846 - Conspiracy
                    to Possess with Intent to Distribute Cocaine)**

The Grand Jury charges that:

From an unknown date but at least by in or about January

2001 and continuing until on or about May 1, 2004 at Lynn,

Danvers, Peabody, Salem, and elsewhere in the District of

Massachusetts, at the Bronx and Manhattan in the Southern

District of New York, at Mexico, and elsewhere,

                    1. Luz LUCIANO,
                        a/k/a Chila,
                    2. Daniel AGUILAR,
                        a/k/a "Lik"
                    3. Roberto SOLORIO,
                    4. Ricardo ESTRADA,
                    5. Andres MARTINEZ,
                    a/k/a Castro Casimiro,
                    a/k/a Joel Zequeira,
                    6. Jose ROSALES,
                        a/k/a Tony,
                        a/k/a Tono,
                    a/k/a Joel Agostini,
                    7. Valentin MARTINEZ,
                    a/k/a Valentin RIVERA,
                        a/k/a "V",

3

a/k/a Vale,
8. Kelvin MADERA,
a/k/a Manolo LNU,
a/k/a Manuel GERMOSEN,
9. Abdallah HAMDAN,
10. Ricardo MARTINEZ,
a/k/a Chorizo,
a/k/a Chori,
11. Howard GREENBERG,
12. EDGAR HOFFENS,
a/k/a Carlos Colon Rivera,
a/k/a Tigueron,
13. Rogelio GARCIA,
a/k/a Lacuilla,
14. Javier Angel Romero,
a/k/a Ramon ACOSTA,
15. Cristian GERMOSEN,
16. Juan MARTINEZ,
a/k/a Marcelino Cuevas,
a/k/a Chon,
17. Gerardo Vasseur ORTIZ,
a/k/a Scarface,
18. Phillip ASARO,
19. Silvestre LIZARDI,
20. Robert RUSCIO,
21. Giovanni AVILA,
a/k/a Gio,
a/k/a the Painter,
22. Gilberto ZAYAS,
a/k/a Tony,
23. Luis DEJESUS,
a/k/a Edgardo,
24. Benito GRULLON,
a/k/a "Quico"

defendants herein, knowingly and intentionally combined,

conspired, and agreed with each other and with other persons

known and unknown to the Grand Jury, to possess with intent to

distribute and distribute cocaine, a Schedule II controlled

substance, in violation of Title 21, United States Code, Section

841(a)(1).

4

It is further alleged that the conspiracy involved five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(ii).

## DRUG FORFEITURE ALLEGATION

### (21 U.S.C. §853 -- Criminal Forfeiture)

The Grand Jury further charges that:

1.    As a result of committing one or more of the offenses alleged in Count One of this indictment,

1. Luz LUCIANO,
a/k/a Chila,
2. Daniel AGUILAR,
a/k/a "Lik"
3. Roberto SOLORIO,
4. Ricardo ESTRADA,
5. Andres MARTINEZ,
a/k/a Castro Casimiro,
a/k/a Joel Zequeira,
6. Jose ROSALES,
a/k/a Tony,
a/k/a Tono,
a/k/a Joel Agostini,
7. Valentin MARTINEZ,
a/k/a Valentin RIVERA,
a/k/a "V",
a/k/a Vale,
8. Kelvin MADERA,
a/k/a Manolo LNU,
a/k/a Manuel GERMOSEN,
9. Abdallah HAMDAN,
10. Ricardo MARTINEZ,
a/k/a Chorizo,
a/k/a Chori,
11. Howard GREENBERG,
12. EDGAR HOFFENS,
a/k/a Carlos Colon Rivera,
a/k/a Tigueron,
13. Rogelio GARCIA,
a/k/a Lacuilla,
14. Javier Angel Romero,
a/k/a Ramon ACOSTA,
15. Cristian GERMOSEN,
16. Juan MARTINEZ,
a/k/a Marcelino Cuevas,

6

a/k/a Chon,
17. Gerardo Vasseur ORTIZ,
a/k/a Scarface,
18. Phillip ASARO,
19. Silvestre LIZARDI,
20. Robert RUSCIO,
21. Giovanni AVILA,
a/k/a Gio,
a/k/a the Painter,
22. Gilberto ZAYAS,
a/k/a Tony,
23. Luis DEJESUS,
a/k/a Edgardo,
24. Benito GRULLON,
a/k/a "Quico"

defendants herein, shall forfeit to the United States, pursuant to
21 U.S.C. §853: (1) any and all property constituting or derived
from any proceeds the said defendant obtained directly or
indirectly as a result of the charged offense; and (2) any and all
property used or intended to be used in any manner or part to
commit and to facilitate the commission of the offense, including,
but not limited to, the following:

(a)  $1,150.00 in United States currency, seized from
     Giovanni Enrique Avila on or about May 1, 2004;

(b)  $19,000.00 in United States currency, seized from
     Giovanni's Auto Body, 892 Washington Street, Lynn,
     Massachusetts, on or about May 1, 2004;

(c)  a 2000 Freightliner Tractor Classic XL, Vehicle
     Identification    No.    1FUPCSEB9YDB42682,    and
     California License No. UP20575, registered in the
     name of Ricardo Estrada;

(d)  $21,042.00 in U.S. Currency, seized from 29 Hardy
     Avenue, Newburyport, Massachusetts, on or about May
     1, 2004;

7

(e)   $1,213.00 in U.S. Currency, seized from Silvester Lizardi, on or about May 1, 2004;

(f)   the real property and buildings located at 892-898 Washington Street, Lynn, Massachusetts, which contains a auto body shop commonly known as "Giovanni's European Auto Body," a/k/a "Giovanni's BMW Auto Body", with a Deed recorded at Book 12349, Page 135, of the Southern Essex County Registry of Deeds;

(g)   $6,000 in U.S. Currency, seized from Judith Collado and Ruth Saldivar on or about May 5, 2004;

(h)   $4,360 in U.S. Currency, seized from Valentin Martinez on or about May 1, 2004; and

(i)   $25,300 in U.S. Currency, seized from Phillip Asaro on or about May 1, 2004.

2.   If any of the above-described forfeitable properties, as a result of any act or omission of the defendants:

(a)   cannot be located upon the exercise of due diligence;

(b)   have been transferred or sold to, or deposited with, a third party;

(c)   have been placed beyond the jurisdiction of the Court;

(d)   have been substantially diminished in value; or

(e)   have been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. §853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable properties, including, but not limited to, the following:

8

    (1)   the real property located at 88 Windsor Avenue, Swampscott, Massachusetts, including all buildings, appurtenances, and improvements thereon, with a Deed recorded at Book 23089, Page 204, of the Southern Essex County Registry of Deeds and Land Court Certificate No. 77407; and

    (2)   the real property located at 7A Buffum Street, Salem, Massachusetts, including all buildings, appurtenances, and improvements thereon, with a Deed recorded at Book 23089, Page 215, of the Southern Essex County Registry of Deeds.

All in violation of Title 21, United States Code, Section 853.

9

A TRUE BILL

FOREPERSON OF THE GRAND JURY

ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; October 6, 2004

Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK    2:07

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**            **Category No.** II            **Investigating Agency** DEA

**City** Lynn                   **Related Case Information:**

**County** Essex                Superseding Ind./ Inf. X            Case No. 04-10299 PBS
                                Same Defendant    x        New Defendant
                                Magistrate Judge Case Number
                                Search Warrant Case Number   04-M-1720-1730
                                R 20/R 40 from District of

## Defendant Information:

**Defendant Name**   LUZ LUCIANO                      **Juvenile:**     ☐ Yes     X No

**Alias Name**   "Chila"

**Address**

**Birthdate:**          SS #            **Sex:** FEM   **Race:** Hispanic          **Nationalit** Guatemala

**Defense Counsel if known:**   Michael Bourbeau, Esq.        **Address** 77 Central Street, Boston, MA

**Bar Number**

## U.S. Attorney Information:

**AUSA**   Robert L. Peabody.                      **Bar Number if applicable**   551936

**Interpreter:**     X Yes     No        **List language and/or dialect:**     Spanish

**Matter to be SEALED:**        Yes  X  ▮▮▮▮▮

       Warrant Requested        X Regular Process                In Custody

## Location Status:

Arrest Date        5/01/04

   Already in Federal Custody as of                    in

☐ Already in State Custody at ————————  ☐ Serving Sentence    ☐ Awaiting Trial

X  On Pretrial Release:   Ordered by:   Mag. Judge Swartwood        on

**Charging Document:**        Complaint        ☐ Information        X Indictment

**Total # of Counts:**     ☐ Petty            ☐ Misdemeanor            X Felony        1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/6/04            Signature of AUSA:   _Robert L. Peabody._

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    LUZ LUCIANO _____

### U.S.C. Citations

|  | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-luciano.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.** II          **Investigating Agency** DEA

**City** Lynn                  **Related Case Information:**

**County** Essex               Superseding Ind./ Inf. X          Case No. 04-10299 PBS
                               Same Defendant x          New Defendant _____
                               Magistrate Judge Case Number ███████
                               Search Warrant Case Number 04-M-1720-1730
                               R 20/R 40 from District of _____

### Defendant Information:

**Defendant Name** DANIEL AGUILAR          Juvenile: ☐ Yes   X No

**Alias Name** "LIK"

**Address** _____

**Birthdate:** _____ SS # _____ Sex: MALE Race: Hispanic          Nationalit Mexican

**Defense Counsel if known:** Benjamin Entine, Esq.          Address 77 Franklin Street, Boston, MA

**Bar Number** _____                              617-357-0770

### U.S. Attorney Information:

**AUSA** Robert L. Peabody.          Bar Number if applicable 551930

**Interpreter:** X Yes   No          List language and/or dialect: Spanish

**Matter to be SEALED:** Yes ███████

Warrant Requested          ☐ Regular Process          X In Custody

### Location Status:

Arrest Date 5/01/04

X Already in Federal Custody as of _____ in Wyatt Detention, Central Falls, RI .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**   Complaint   ☐ Information          X Indictment

**Total # of Counts:**   ☐ Petty ——— ☐ Misdemeanor ——— X Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 10/6/04          Signature of AUSA: _Robert L. Peabody_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    DANIEL AGUILAR _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-augilua.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**              **Category No.**  II              **Investigating Agency**   DEA

**City**   Lynn                    **Related Case Information:**

**County**   Essex                 Superseding Ind./ Inf.   X              Case No.   04-10299 PBS
                                   Same Defendant        x           New Defendant
                                   Magistrate Judge Case Number   ~~04-M-1733-GPG~~
                                   Search Warrant Case Number   04-M-1720 to 1730
                                   R 20/R 40 from District of

**Defendant Information:**

Defendant Name   ROBERTO SOLORIO              Juvenile:    ☐ Yes    X No

Alias Name

Address

Birthdate: _____ SS # _____ Sex:  MALE  Race:  Hispanic          Nationalit  Mexican

**Defense Counsel if known:**   Syrie Fried, Esq.        Address  Federal Defender

Bar Number                                              617-223-8061

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.                  Bar Number if applicable   551936

**Interpreter:**    X Yes    No          List language and/or dialect:    Spanish

**Matter to be SEALED:**    Yes ▬▬▬▬

       Warrant Requested         ▬▬▬▬▬▬       In Custody

**Location Status:**

Arrest Date     5/01/04

   Already in Federal Custody as of _____ in _____

☐ Already in State Custody at ———————— ☐ Serving Sentence    ☐ Awaiting Trial

X On Pretrial Release:   Ordered by:   Mag. Judge Swartwood       on

**Charging Document:**    Complaint    ☐ Information      X Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  X Felony    1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/6/04          Signature of AUSA:   _Robert L. Peabody_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    ROBERTO SOLORIO

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

🦗JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** DEA |

**City** Lynn

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf.    X                    Case No.    04-10299 PBS
Same Defendant    x            New Defendant
Magistrate Judge Case Number    ▮▮▮▮▮▮▮▮
Search Warrant Case Number    04 M 1720- to 1730, 04-M 1738
R 20/R 40 from District of

**Defendant Information:**

Defendant Name    RICARDO ESTRADA                    Juvenile:    ☐ Yes    X No

Alias Name

Address

Birthdate:            SS #            Sex:  MALE  Race:  Hispanic            Nationalit  Mexican

**Defense Counsel if known:**    Eliot Weinstein, Esq.            Address  228 Lewis Wharf

Bar Number                                617-367-9334

**U.S. Attorney Information:**

AUSA    Robert L. Peabody.                    Bar Number if applicable    551936

**Interpreter:**    X Yes    No            List language and/or dialect:    Spanish

**Matter to be SEALED:**    Yes ▮▮▮▮▮▮

            Warrant Requested            ☐ Regular Process            X In Custody

**Location Status:**

Arrest Date

X Already in Federal Custody as of                    Wyatt Detention, Central Falls, RI .
☐ Already in State Custody at ———————— ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by:                    on

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ———    ☐ Misdemeanor ———    X Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  10/6/04            Signature of AUSA:  Robert L. Peabody

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    RICARDO ESTRADA _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-lestradawpd.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**         **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** II       **Investigating Agency** DEA

**City**   Lynn

**County**   Essex

**Related Case Information:**

Superseding Ind./ Inf.   X      **Case No.**   04-10299 PBS
Same Defendant        New Defendant   x
Magistrate Judge Case Number    ~~04-M-1686-GBK~~
Search Warrant Case Number   04-M-1720-to-1730
R 20/R 40 from District of

**Defendant Information:**

**Defendant Name**   ANDRES MARTINEZ      **Juvenile:**    ☐ Yes    X No

**Alias Name**   CASTRO CASIMIRO   AKA SACAIDA AKA JOEL ZEQUEIRA

**Address**

**Birthdate:** _____ **SS #** 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 **Sex:** MALE **Race:** Hispanic     **Nationalit** Mexican

**Defense Counsel if known:**   John Cicilline, Esq.     **Address** 381 Atwells Ave., Providence, RI

**Bar Number**

**U.S. Attorney Information:**

**AUSA**   Robert L. Peabody.      **Bar Number if applicable**   551936

**Interpreter:**    X Yes    No     **List language and/or dialect:**    Spanish

**Matter to be SEALED:**     Yes   ▬▬▬▬

      Warrant Requested      ☐ Regular Process      X In Custody

**Location Status:**

**Arrest Date**    5/1/2004

X Already in Federal Custody as of _____ in   Wyatt Detention, Central Falls, RI .
☐ Already in State Custody at _____ ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on

**Charging Document:**     Complaint    ☐ Information     X Indictment

**Total # of Counts:**    ☐ Petty _____ ☐ Misdemeanor _____ X Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:**   10/5/04      **Signature of AUSA:**   *Robert h. Peabody*

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ANDRES MARTINEZ

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

js-45-andres.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                    Category No.   II            **Investigating Agency**   DEA

**City**   Lynn                          **Related Case Information:**

**County**   Essex                       Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
                                         Same Defendant          New Defendant   x
                                         Magistrate Judge Case Number ▓▓▓▓▓▓▓▓▓
                                         Search Warrant Case Number   04-M-1720 to 1730
                                         R 20/R 40 from District of

**Defendant Information:**

Defendant Name   JOSE ROSALES                    Juvenile:   ☐ Yes    X  No

Alias Name   TONY  AKA TONO  AKA JOEL AGOSTINI

Address   88 NEWARK ST, LYNN MA

Birthdate: 5/10/76    SS # 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  Sex:  MALE  Race:  Hispanic          Nationalit  Mexican

**Defense Counsel if known:**   Raymond A. O'Hara, Esq.    Address  1 Exchange Place., Worcester, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.                    Bar Number if applicable   551936

**Interpreter:**   X  Yes    No          List language and/or dialect:        Spanish

**Matter to be SEALED:**      Yes ▓▓▓▓▓▓

        Warrant Requested          ☐ Regular Process          X  In Custody

**Location Status:**

Arrest Date   5/1/04

X  Already in Federal Custody as of _____ in   Wyatt Detention, Central Falls, RI  .
☐  Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by: _____ on

**Charging Document:**      Complaint      ☐ Information        X  Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    X☐  Felony ___1___

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:  10/6/04              Signature of AUSA:   Robert L. Peabody

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     JOSE ROSALES _____

**U.S.C. Citations**

|  | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                 **Category No.** II _____          **Investigating Agency** __DEA_____

**City** __Lynn_____          **Related Case Information:**

**County** __Essex_____          Superseding Ind./ Inf. __X_____   Case No. __04-10299 PBS__
                                        Same Defendant _____ New Defendant __x_____
                                        Magistrate Judge Case Number ████████████
                                        Search Warrant Case Number __04-M-1720 to 1730__
                                        R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __VALENTIN MARTINEZ_____   Juvenile: ☐ Yes   X No

Alias Name __VALENTIN RIVERA_____

Address __108 JOHNSON STREET, LYNN, MA_____

Birthdate: __12/20/69___ SS # __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__ Sex: __MALE__ Race: __Hispanic_____ Nationalit __Mexican_____

**Defense Counsel if known:**    Ronald Ian Segal, Esq.    Address 23 Central Ave., Lynn, MA

Bar Number _____                 _____

**U.S. Attorney Information:**

AUSA __Robert L. Peabody_____   Bar Number if applicable __551936_____

**Interpreter:**    X Yes    X No    List language and/or dialect:    Spanish

**Matter to be SEALED:**    Yes ██████ No

        Warrant Requested    ☐ Regular Process    x In Custody

**Location Status:**

Arrest Date __5/1/04_____

x  Already in Federal Custody as of _____ in  Wyatt Detention, Central Falls, RI  .
☐  Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    X☐ Felony ____1____

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: __10/6/04_____    Signature of AUSA: _Robert L. Peabody_____

JS 45 (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    <u>VALENTIN MARTINEZ</u>

### U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1    21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.**   II     **Investigating Agency**   DEA

**City**   Lynn       **Related Case Information:**

**County**   Essex      Superseding Ind./ Inf.   X      Case No.   04-10299 PBS
       Same Defendant _____   New Defendant   x
       Magistrate Judge Case Number ▓▓▓▓▓▓
       Search Warrant Case Number   04-M-1720 to 1730
       R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**   KELVIN MADERA      Juvenile:    ☐ Yes   X No

**Alias Name**    MANOLO LNU

**Address**    65 FREEMAN AVENUE, EVERETT, MA 02149

**Birthdate:**   5/22/66    SS #   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   Sex:   MALE   Race:   Hispanic     Nationalit   Dominican

**Defense Counsel if known:**    Steven Judge, Esq.     Address   23 Central Ave., Lynn, MA

**Bar Number**

**U.S. Attorney Information:**

**AUSA**   Robert L. Peabody.      **Bar Number if applicable**   551936

**Interpreter:**    X Yes     No      List language and/or dialect:    spanish

**Matter to be SEALED:**     Yes   ▓▓NO▓▓

        Warrant Requested      ☐ Regular Process      X In Custody

**Location Status:**

Arrest Date     5/1/04

X Already in Federal Custody as of _____ in   Wyatt Detention, Central Falls, RI .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**     Complaint     ☐ Information     X Indictment

**Total # of Counts:**     ☐ Petty ———   ☐ Misdemeanor ———   X☐ Felony —— 1 ——

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/6/04      Signature of AUSA:   _[signature]_

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    KELVIN MADERA _____

### U.S.C. Citations

| __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  DEA

**City**  Lynn                   **Related Case Information:**

**County**  Essex                  Superseding Ind./ Inf.  X          Case No.  04-10299 PBS
                                Same Defendant                   New Defendant  x
                                Magistrate Judge Case Number
                                Search Warrant Case Number        04-M-1720 to 1730
                                R 20/R 40 from District of

**Defendant Information:**

Defendant Name  ABDALLAH HAMDAN                 Juvenile:      ☐ Yes    X  No

Alias Name

Address          10 ROOSEVELT ST METHUEN MA

Birthdate:  1/17/76    SS #  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  Sex:  MALE  Race:  Arabic          Nationalit  Palestinian

**Defense Counsel if known:**      Melvin Norris, Esq.          Address  260 Boston Post Rd., Wayland, MA

Bar Number

**U.S. Attorney Information:**

AUSA  Robert L. Peabody.                    Bar Number if applicable    551936

**Interpreter:**      ☐ Yes    X  No          List language and/or dialect:

**Matter to be SEALED:**          Yes ~~No~~

         Warrant Requested          ☐ Regular Process          X  In Custody

**Location Status:**

Arrest Date          5/1/04

X  Already in Federal Custody as of                      in      Wyatt Detention, Central Falls, RI      .
☐ Already in State Custody at                      ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by:                    on

**Charging Document:**          Complaint          ☐ Information          X  Indictment

**Total # of Counts:**      ☐ Petty                ☐ Misdemeanor                ☐ X Felony

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:  10/6/04          Signature of AUSA:  Robert L. Peabody.

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    ABDALLAH HAMDAN _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-hamdan.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet** _____ **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____ **Category No.**  II _____ **Investigating Agency**  DEA _____

**City**  Lynn _____ **Related Case Information:**

**County**  Essex _____ Superseding Ind./ Inf.  X _____ Case No.  04-10299 PBS
Same Defendant _____ New Defendant  x _____
Magistrate Judge Case Number  ~~_____~~
Search Warrant Case Number  04-M-1720 to 1730 _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  RICARDO MARTINEZ _____ Juvenile:  ☐ Yes  X No

Alias Name  CHORIZO

Address  304 AMERICAN LEGION  REVERE, MA _____

Birthdate:  4/1/74 ____ SS #  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 Sex:  MALE Race:  Hispanic _____ Nationalit  Mexican

**Defense Counsel if known:** _____ Address _____

Bar Number _____ _____

**U.S. Attorney Information:**

AUSA  Robert L. Peabody, _____ Bar Number if applicable _____

**Interpreter:**  X Yes  No  List language and/or dialect:  Spanish _____

**Matter to be SEALED:**  Yes  ~~No~~

Warrant Requested  ☐ Regular Process  In Custody

**Location Status:**

Arrest Date  FUGITIVE _____

Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  Complaint  ☐ Information  X Indictment

**Total # of Counts:**  ☐ Petty _____ ☐ Misdemeanor _____ X☐ Felony — 1

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:  10/6/04 _____ Signature of AUSA:  Robert L. Peabody

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     RICARDO MARTINEZ _____

## U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-ricardo.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet    U.S. District Court - District of Massachusetts

**Place of Offense:**    Category No.  II    **Investigating Agency**    DEA

**City**  Lynn    **Related Case Information:**

**County**  Essex    Superseding Ind./ Inf.  X    Case No.  04-10299 PBS
Same Defendant ____    New Defendant  x
Magistrate Judge Case Number ██████████
Search Warrant Case Number  04-M-1720 to 1730
R 20/R 40 from District of ____

### Defendant Information:

Defendant Name  HOWARD GREENBERG    Juvenile:    ☐ Yes    X No

Alias Name    HOWIE

Address    677 REVERE BEACH BLVD, REVERE, MA

Birthdate: 10/10/52    SS # 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  Sex: MALE  Race: white    Nationalit  USA

**Defense Counsel if known:**    Roger Witkin, Esq.    Address 6 Beacon St., Boston, MA

Bar Number ____

### U.S. Attorney Information:

AUSA  Robert L. Peabody.    Bar Number if applicable  551936

**Interpreter:**    ☐ Yes    X No    List language and/or dialect: ____

**Matter to be SEALED:**    Yes    ██████

Warrant Requested    X☐  Regular Process    In Custody

### Location Status:

Arrest Date    5/1/04

☐ Already in Federal Custody as of ____ in ____

☐ Already in State Custody at ____ ☐ Serving Sentence    ☐ Awaiting Trial

X On Pretrial Release:  Ordered by:  Mag. Judge Swartwood    on ____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ——    ☐ Misdemeanor ——    ☐ X Felony——1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  10/6/04    Signature of AUSA:  _Robert L. Peabody_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    HOWARD GREENBERG _____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-greenberg.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II          **Investigating Agency**   DEA

**City**  Lynn                      **Related Case Information:**

**County**  Essex              Superseding Ind./ Inf.   X            Case No.   04-10299 PBS
                                        Same Defendant              New Defendant  x
                                        Magistrate Judge Case Number
                                        Search Warrant Case Number    04-M-1720 to 1730
                                        R 20/R 40 from District of

**Defendant Information:**

Defendant Name    CARLOS  COLON-RIVERA          Juvenile:        ☐ Yes    X No

Alias Name        TIGUERON

Address           58 CAMPBELL ST , NEW BEDFORD, MA

Birthdate:  8/27/64     SS #  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  Sex:  MALE  Race:  Hispanic        Nationality:  CostaRican

**Defense Counsel if known:**        John E. Wall, Esq.        Address  Boston, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.                    Bar Number if applicable    551936

**Interpreter:**    X  Yes        No        List language and/or dialect:        Spanish

**Matter to be SEALED:**        Yes  ▬▬▬▬▬

        Warrant Requested            X  Regular Process            In Custody

**Location Status:**

Arrest Date

    Already in Federal Custody as of                      in

☐ Already in State Custody at                ☐ Serving Sentence        ☐ Awaiting Trial

X  On Pretrial Release:    Ordered by:    Mag. Judge Swartwood        on

**Charging Document:**        Complaint        ☐ Information        X  Indictment

**Total # of Counts:**    ☐ Petty ———   ☐ Misdemeanor ———   ☐X Felony ——— 1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date:    10/6/04        Signature of AUSA:    _Robert L. Peabody_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    CARLOS  COLON-RIVERA _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-colon.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II_____    **Investigating Agency**  DEA_____

**City**   Lynn_____    **Related Case Information:**

**County**   Essex_____    Superseding Ind./ Inf.   X_____    Case No.   04-10299 PBS_____
                                      Same Defendant _____    New Defendant  x _____
                                      Magistrate Judge Case Number ▮▮▮▮▮▮▮
                                      Search Warrant Case Number   04-M-1720 to 1730_____
                                      R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   ROGELIO GARCIA_____    Juvenile:    ☐ Yes    X No

Alias Name      LACUILLA_____

Address      85 WALNUT AVE., REVERE, MA_____

Birthdate:  7/15/80____  SS #  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  Sex:  MALE  Race:  Hispanic_____    Nationalit  USA_____

**Defense Counsel if known:**     James H. Budreau, Esq._____    Address  20 Park Plaza, Boston, MA_____

Bar Number      _____    _____

**U.S. Attorney Information:**

AUSA   Robert L. Peabody._____    Bar Number if applicable   551936_____

**Interpreter:**    ☐ Yes    X No        List language and/or dialect:   _____

**Matter to be SEALED:**        Yes    ▮▮▮▮▮

        Warrant Requested      X☐  Regular Process        In Custody

**Location Status:**

Arrest Date      _____

    Already in Federal Custody as of  _____  in  _____ .
☐ Already in State Custody at ——————————— ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:   Mag. Judge Swartwood_____    on  _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☐ X Felony ——1——

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:  10/6/04_____    Signature of AUSA:   _Robert L. Peabody_

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   ROGELIO GARCIA _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-garcia.wpd - 2/7/02

YSJS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II _____          **Investigating Agency**   DEA _____

**City**   Lynn _____                    **Related Case Information:**

**County**   Essex _____          Superseding Ind./ Inf.   X _____     Case No.   04-10299 PBS
                                   Same Defendant _____          New Defendant  x _____
                                   Magistrate Judge Case Number   ~~04-M-1685-CBS~~
                                   Search Warrant Case Number      04-M-1720-to-1730
                                   R 20/R 40 from District of      _____

**Defendant Information:**

Defendant Name    JAVIER ANGEL ROMERO _____          Juvenile:      ☐ Yes     X No

Alias Name       RAMON ACOSTA _____

Address          4 SHERMAN STREET, LYNN, MA _____

Birthdate:  3/15/64 ____ SS #  000 00 0172  Sex:  MALE  Race:  Hispanic _____     Nationalit  Dominican _____

**Defense Counsel if known:**     Raymond Buso, Esq. _____          Address  15 Church St., Salem , MA _____

Bar Number       _____                    _____

**U.S. Attorney Information:**

AUSA   Robert L. Peabody. _____          Bar Number if applicable    551936 _____

**Interpreter:**      X Yes      No          List language and/or dialect:      Spanish _____

**Matter to be SEALED:**      Yes   ~~No~~

        Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date       5/1/04 _____

X  Already in Federal Custody as of   _____ in   Wyatt Detention, Central Falls, RI _____ .
☐  Already in State Custody at _____  ☐ Serving Sentence     ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by:   _____ on _____

**Charging Document:**      Complaint      ☐ Information          X Indictment

**Total # of Counts:**    ☐ Petty _____   ☐ Misdemeanor _____  X Felony  1 _____

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   10/6/04 _____          Signature of AUSA:   _Robert L. Peabody_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    JAVIER ANGEL ROMERO   AKA RAMON ACOSTA _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

js-45-acosta.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**              Category No.  __II__              Investigating Agency  __DEA__

**City**  __Lynn__                 **Related Case Information:**

**County**  __Essex__              Superseding Ind./ Inf.   __X__              Case No.  __04-10299 PBS__
                                   Same Defendant              New Defendant  __x__
                                   Magistrate Judge Case Number
                                   Search Warrant Case Number  __04-M-1720 to 1730__
                                   R 20/R 40 from District of

## Defendant Information:

Defendant Name   __CRISTIAN GERMOSEN__              Juvenile:      ☐ Yes    X No

Alias Name

Address          __27 WARREN ST. NEWBURYPORT, MA__

Birthdate: __3/22/78__    SS # __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__  Sex: __MALE__  Race: __Hispanic__      Nationalit __Dominican__

**Defense Counsel if known:**      __Michael Hickey, Esq.__      Address __15 Church St., Salem, MA__

Bar Number

## U.S. Attorney Information:

AUSA   __Robert L. Peabody.__                  Bar Number if applicable   __551936__

**Interpreter:**      X  Yes      No          List language and/or dialect:      __Spanish__

**Matter to be SEALED:**      Yes  ▓▓▓▓

          Warrant Requested      ☐ Regular Process          x  In Custody

**Location Status:**

Arrest Date        __5/1/04__

x  Already in Federal Custody as of _____ in  __Wyatt Detention, Central Falls, RI__ .
☐  Already in State Custody at _____ ☐ Serving Sentence      ☐ Awaiting Trial
    On Pretrial Release:   Ordered by: _____  on _____

**Charging Document:**      Complaint      ☐ Information          X  Indictment

**Total # of Counts:**   ☐ Petty _____  ☐ Misdemeanor _____  ☐X Felony ──1──

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __10/6/04__          Signature of AUSA:   _Robert L. Peabody._

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    CRISTIAN GERMOSEN

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-germosen.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.**  II _____    **Investigating Agency**  DEA _____

**City**  Lynn _____                    **Related Case Information:**

**County**  Essex _____          Superseding Ind./ Inf.  X _____    Case No.  04-10299 PBS
                                    Same Defendant _____  New Defendant  x _____
                                    Magistrate Judge Case Number  ▆▆▆▆▆▆▆
                                    Search Warrant Case Number  04-M-1720 to 1730 _____
                                    R 20/R 40 from District of  _____

### Defendant Information:

**Defendant Name**  JUAN MARTINEZ _____          Juvenile:      ☐ Yes    X No

**Alias Name**  MARCELINO CUEVAS  AKA CHON _____

**Address**  22 PARK STREET, LYNN MA _____

**Birthdate:**  5/21/68 _____  **SS #**  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   **Sex:**  MALE   **Race:**  Hispanic _____    **Nationalit**  Mexican _____

**Defense Counsel if known:**  _____          **Address**  _____

**Bar Number**  _____                    _____

### U.S. Attorney Information:

**AUSA**  Robert L. Peabody. _____          **Bar Number if applicable**  _____

**Interpreter:**      X Yes      No          List language and/or dialect:      Spanish _____

**Matter to be SEALED:**      Yes  ▆▆▆▆▆▆

          Warrant Requested          ☐ Regular Process          In Custody

### Location Status:

**Arrest Date**      FUGITIVE _____

☐  Already in Federal Custody as of  _____  in  _____  .
☐  Already in State Custody at  ———————————  ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:    Ordered by:  _____  on  _____

**Charging Document:**      Complaint      ☐ Information      X Indictment

**Total # of Counts:**      ☐ Petty ———————  ☐ Misdemeanor ———————  ☐ X Felony ——— 1

*Continue on Page 2 for Entry of U.S.C. Citations*

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:**  10/6/04 _____      Signature of AUSA:  _Robert L. Peabody_ _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    JUAN MARTINEZ _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-juan.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          Category No.  II          Investigating Agency    DEA

**City**   Lynn                  **Related Case Information:**

**County**   Essex              Superseding Ind./ Inf.    X            Case No.   04-10299 PBS
                               Same Defendant                    New Defendant   x
                               Magistrate Judge Case Number    ~~04-M-1685 CBS~~
                               Search Warrant Case Number    04 M-1720 to 1730
                               R 20/R 40 from District of

**Defendant Information:**

Defendant Name    GERARDO VASSEUR ORTIZ          Juvenile:       ☐ Yes    X No

Alias Name    SCARFACE

Address

Birthdate:  6/23/72    SS #  000 00    Sex:  MALE  Race:  Hispanic          Nationalit  Dominican

**Defense Counsel if known:**    Richard M. Welch, Esq.    Address  80 Worcester St., No. Grafton, MA

Bar Number

**U.S. Attorney Information:**

AUSA    Robert L. Peabody,                    Bar Number if applicable    551936

**Interpreter:**    X  Yes    No          List language and/or dialect:    Spanish

**Matter to be SEALED:**          Yes    X▮▮▮▮▮

         Warrant Requested          ☐  Regular Process          X  In Custody

**Location Status:**

Arrest Date    5/1/04

X  Already in Federal Custody as of                    in    Wyatt Detention, Central Falls, RI    .
☐  Already in State Custody at                    ☐ Serving Sentence          ☐ Awaiting Trial
☐  On Pretrial Release:    Ordered by:                    on

**Charging Document:**    Complaint    ☐ Information          X  Indictment

**Total # of Counts:**    ☐ Petty ——    ☐ Misdemeanor ——    X☐ Felony —— 1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date:   10/6/04          Signature of AUSA:    Robert L. Peabody

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    GERARDO VASSEUR ORTIZ _____

### U.S.C. Citations

| __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-ORTIZ.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                     U.S. District Court - District of Massachusetts

**Place of Offense:**           Category No. __II__           Investigating Agency __DEA__

**City** __Lynn__                    **Related Case Information:**

**County** __Essex__                 Superseding Ind./ Inf. __X__                Case No. __04-10299 PBS__
                                     Same Defendant                  New Defendant __x__
                                     Magistrate Judge Case Number    ~~ ~~
                                     Search Warrant Case Number    __04-M-1720-to-1730__
                                     R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name __PHILLIP ASARO__                 Juvenile:     ☐ Yes   X No

Alias Name _____

Address __238 SCHOOL STREET, SOMERVILLE, MA_____

Birthdate: __8/22/73__   SS # __000 00 5581__  Sex: __MALE__ Race: __White_____ Nationalit __USA__

**Defense Counsel if known:**    Kirk Y. Griffin, Esq.         Address  50 Staniford St., Boston,

Bar Number _____         _____

**U.S. Attorney Information:**

AUSA __Robert L. Peabody._____         Bar Number if applicable    __551936__

**Interpreter:**     ☐ Yes   X No          List language and/or dialect: _____

**Matter to be SEALED:**       Yes ~~No~~

       Warrant Requested          X  Regular Process          In Custody

**Location Status:**

Arrest Date       __5/1/04_____

   Already in Federal Custody as of   _____  in  _____ .
☐ Already in State Custody at ——————————  ☐ Serving Sentence   ☐ Awaiting Trial
X  On Pretrial Release:   Ordered by:   __Mag. Judge Swartwood__   on  _____

**Charging Document:**      Complaint      ☐ Information      X Indictment

**Total # of Counts:**   ☐ Petty ———   ☐ Misdemeanor ———   X Felony ⊢————

Continue on Page 2 for Entry of U.S.C. Citations

   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
   accurately set forth above.

Date: __10/6/04_____   Signature of AUSA:  _Robert L. Peabody_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    PHILLIP ASARO _____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45asaro.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

**Place of Offense:**                **Category No.** II _____      **Investigating Agency** DEA _____

**City** Lynn _____                **Related Case Information:**

**County** Essex _____             Superseding Ind./ Inf.  X _____    Case No.  04-10299 PBS
                                    Same Defendant _____    New Defendant _____
                                    Magistrate Judge Case Number  04-M-1685 CBS
                                    Search Warrant Case Number  04- M-1720 to 1730
                                    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  SILVESTRE LIZARDI _____          Juvenile:    ☐ Yes    X No

Alias Name _____

Address  29 HARDY STREET, NEWBURYPORT, MA _____

Birthdate:  12/31/80 ___ SS #  000 00 3844  Sex:  MALE  Race:  Hispanic ___   Nationalit  Mexican

**Defense Counsel if known:**  Michael R. Schneider, Esq.   Address  95 Commercial Wf. Boston, MA

Bar Number _____

**U.S. Attorney Information:**

AUSA  Robert L. Peabody. _____         Bar Number if applicable   551936 _____

**Interpreter:**    X  Yes     No        List language and/or dialect:       Spanish _____

**Matter to be SEALED:**       Yes   ~~No~~

        Warrant Requested         X Regular Process         In Custody

**Location Status:**

Arrest Date          5/1/04 _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:  Mag. Judge Swartwood ___ on _____

**Charging Document:**       Complaint      ☐ Information       X Indictment

**Total # of Counts:**   ☐ Petty _____  ☐ Misdemeanor _____  ☐ X Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  10/6/04 _____     Signature of AUSA:  _Robert L. Peabody_

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    SILVESTRE LIZARDI

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-lizardi.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**         **U.S. District Court - District of Massachusetts**

**Place of Offense:**     Category No. __II__     Investigating Agency __DEA__

**City**   __Lynn__       **Related Case Information:**

**County**   __Essex__      Superseding Ind./ Inf. __X__     Case No. __04-10299 PBS__
                 Same Defendant __x__     New Defendant __x__
                 Magistrate Judge Case Number ███████
                 Search Warrant Case Number __04-M-1720 to 1730__
                 R 20/R 40 from District of

**Defendant Information:**

Defendant Name    __ROBERT V. RUSCIO__        Juvenile:    ☐ Yes    X No

Alias Name

Address    __286 NEWBURY ST., PEABODY, MA__

Birthdate: __7/15/51__    SS # __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__   Sex: __MALE__   Race: __White__      Nationalit __USA__

**Defense Counsel if known:**     Edward L. Hayden, Esq.     Address __7 Franklin St., Lynn, MA__

Bar Number

**U.S. Attorney Information:**

AUSA   __Robert L. Peabody.__       Bar Number if applicable    __551936__

**Interpreter:**    ☐ Yes    X No     List language and/or dialect:

**Matter to be SEALED:**      Yes   X̶ ̶N̶o̶

   \ Warrant Requested      X☐ Regular Process      In Custody

**Location Status:**

Arrest Date

   Already in Federal Custody as of         in

☐ Already in State Custody at ——————— ☐ Serving Sentence     ☐ Awaiting Trial

X On Pretrial Release:   Ordered by:    __Mag. Judge Swartwood__    on

**Charging Document:**     Complaint     ☐ Information     X Indictment

**Total # of Counts:**    ☐ Petty ——— ☐ Misdemeanor    X☐ Felony —I—

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __10/6/04__     Signature of AUSA:    *Robert L. Peabody*

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ROBERT V. RUSCIO _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                          U.S. District Court - District of Massachusetts

**Place of Offense:**          Category No.  __II__          Investigating Agency  __DEA__

**City**  __Lynn__                          **Related Case Information:**

**County**  __Essex__          Superseding Ind./ Inf.  __X__          Case No.  __04-10299 PBS__
                               Same Defendant _____  New Defendant  __x__
                               Magistrate Judge Case Number  ▮▮▮▮▮▮▮▮▮▮
                               Search Warrant Case Number  __04-M-1720 -to- 1730__
                               R 20/R 40 from District of  _____

### Defendant Information:

Defendant Name  __GIOVANNI AVILA__          Juvenile:     ☐ Yes     X  No

Alias Name  __THE PAINTER__

Address  __892 WASHINGTON STREET APT., LYNN, MA__

Birthdate:  __4/25/62__     SS #  __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__  Sex:  __MALE__  Race:  __Hispanic__          Nationalit  __Costa Rican__

**Defense Counsel if known:**     __Michael F. Natola, Esq.__          Address  __Boston, MA__

Bar Number  _____

### U.S. Attorney Information:

AUSA  __Robert L. Peabody.__          Bar Number if applicable     __551936__

**Interpreter:**     X  Yes     No          List language and/or dialect:          __Spanish__

**Matter to be SEALED:**          Yes  ▮▮▮▮▮▮ NO

          Warrant Requested          X  Regular Process          In Custody

### Location Status:

Arrest Date     __5/1/04__

☐  Already in Federal Custody as of  _____ in  _____
☐  Already in State Custody at _____  ☐ Serving Sentence     ☐ Awaiting Trial
X  On Pretrial Release:   Ordered by:   __Mag. Judge Swartwood__     on  _____

**Charging Document:**     Complaint     ☐ Information          X  Indictment

**Total # of Counts:**     ☐ Petty _____  ☐ Misdemeanor _____  ☐X Felony ___1___

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:  __10/6/04__          Signature of AUSA:  _Robert L. Peabody_

JS 45  (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   GIOVANNI AVILA _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

js-45-avila.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**     **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** __II__     **Investigating Agency** __DEA__

**City** __Lynn__     **Related Case Information:**

**County** __Essex__

Superseding Ind./ Inf. __X__     Case No. __04-10299 PBS__
Same Defendant     New Defendant __x__
Magistrate Judge Case Number __04-M-1685 CBS__
Search Warrant Case Number __04-M-1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __GILBERTO ZAYAS__     Juvenile: ☐ Yes   X No

Alias Name __Tony__

Address __39 FAYETTE STREET, APT #1, LYNN, MA 01902-2346__

Birthdate: __08/05/73__ SS # __583415419__ Sex: __MALE__ Race: __Hispanic__ Nationalit __Dominican__

**Defense Counsel if known:** __Raymond E. Gillespie, Esq.__ Address __875 Mass. Ave., Cambridge, MA__

Bar Number _____

**U.S. Attorney Information:**

AUSA __Robert L. Peabody.__     Bar Number if applicable __551936__

**Interpreter:** X Yes   No    List language and/or dialect: __Spanish__

**Matter to be SEALED:**   Yes ▬▬▬▬

    Warrant Requested     ☐ Regular Process     x In Custody

**Location Status:**

Arrest Date __5/1/04__

x Already in Federal Custody as of _____ in __Wyatt Detention, Central Falls, RI__ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**   Complaint    ☐ Information    X Indictment

**Total # of Counts:**   ☐ Petty ———   ☐ Misdemeanor ———   ☐X Felony —1—

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __10/6/04__     Signature of AUSA: _Robert L. Peabody_

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    GILBERTO ZAYAS, aka Tony _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**  Category No. __II__    Investigating Agency __DEA__

**City**  __Lynn__

**County**  __Essex__

**Related Case Information:**

Superseding Ind./ Inf.  __X__    Case No.  04-10299 PBS
Same Defendant    New Defendant  x
Magistrate Judge Case Number  ~~04-M-1685 CBS~~
Search Warrant Case Number  04-M-1720 to 1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name  __LUIS DEJESUS__    Juvenile:  ☐ Yes   X No

Alias Name  Edgardo

Address  __107 MARIANNA STREET, APT. #1, LYNN, MA__

Birthdate: __11/01/66__   SS # __583312821__   Sex: __MALE__  Race: __Hispanic__    Nationalit __Dominican__

**Defense Counsel if known:**  John W. Laymon, Esq.    Address  40 Court St., Boston, MA

Bar Number

**U.S. Attorney Information:**

AUSA  __Robert L. Peabody.__    Bar Number if applicable  __551936__

**Interpreter:**  X  Yes    No    List language and/or dialect:    Spanish

**Matter to be SEALED:**  Yes  ~~X  No~~

Warrant Requested  ☐ Regular Process    X  In Custody

**Location Status:**

Arrest Date  __5/1/04__

X Already in Federal Custody as of _____ in __Wyatt Detention, Central Falls, RI__ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  Complaint    ☐ Information    X Indictment

**Total # of Counts:**  ☐ Petty    ☐ Misdemeanor    ☐X Felony    1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __10/6/04__    Signature of AUSA:  _Robert L. Peabody_

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    LUIS DEJESUS, aka Edgardo _____

### U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

YSJS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          Category No. __II__          Investigating Agency __DEA__

**City** __Lynn__                    **Related Case Information:**

**County** __Essex__                Superseding Ind./ Inf. __X__          Case No. __04-10299 PBS__
                                    Same Defendant _____          New Defendant __x__
                                    Magistrate Judge Case Number    04-M~~~~~~~~
                                    Search Warrant Case Number    04- M 1720 to 1730
                                    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __BENITO GRULLON__                    Juvenile:          ☐ Yes    X No

Alias Name _____

Address _____

Birthdate: _____ SS # _____ Sex: __MALE__ Race: __Hispanic__    Nationalit __Dominican__

**Defense Counsel if known:**    __Ron Ian Segal, Esq..__          Address __23 Central Ave., Lynn, MA__

Bar Number _____

**U.S. Attorney Information:**

AUSA __Robert L. Peabody.__                    Bar Number if applicable    __551936__

**Interpreter:**    X Yes    No          List language and/or dialect:          __Spanish__

**Matter to be SEALED:**          Yes    ~~No~~

          Warrant Requested          X  Regular Process          In Custody

**Location Status:**

Arrest Date    __5/1/04__

X  Already in Federal Custody as of _____ in _____
☐  Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
X  On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____ ☐ Misdemeanor _____ X Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __10/6/04__          Signature of AUSA:    _Robert L. Peabody_

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    BENITO GRULLON

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

js-45-grulle.wpd - 2/7/02