JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)                                                                                              4

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  DEA

**City**   Lynn                        **Related Case Information:**

**County**   Essex                    Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
                                      Same Defendant   x          New Defendant
                                      Magistrate Judge Case Number   M 04-1732- CBS
                                      Search Warrant Case Number   04 M 1720- to 1730, 04-M 1738
                                      R 20/R 40 from District of

## Defendant Information:

Defendant Name   RICARDO MANUEL ESTRADA          Juvenile:          ☐ Yes    X  No

Alias Name

Address

Birthdate: _____ SS # _____   Sex:  MALE   Race:  Hispanic          Nationalit  Mexican

**Defense Counsel if known:**          Eliot Weinstein, Esq.          Address  228 Lewis Wharf

Bar Number _____          617-367-9334

## U.S. Attorney Information:

AUSA   Neil Gallagher          Bar Number if applicable

**Interpreter:**          X  Yes          No          List language and/or dialect:          Spanish

**Matter to be SEALED:**          Yes   X   No

     Warrant Requested          ☐ Regular Process          X  In Custody

## Location Status:

Arrest Date

X  Already in Federal Custody as of          Wyatt Detention, Central Falls, RI  .
☐  Already in State Custody at ————————— ☐ Serving Sentence          ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by:          on

**Charging Document:**          Complaint          ☐ Information          X  Indictment

**Total # of Counts:**          ☐ Petty ————— ☐ Misdemeanor ————— X  Felony —— 2

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05          Signature of AUSA:

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   RICARDO MANUEL ESTRADA

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                                            **U.S. District Court - District of Massachusetts**

**Place of Offense:**          Category No.  __II__          **Investigating Agency**  __DEA__

**City**  __Lynn__                      **Related Case Information:**

**County**  __Essex__          Superseding Ind./ Inf.  __X__          Case No.  __04-10299 PBS__
                              Same Defendant _____  New Defendant _____
                              Magistrate Judge Case Number  __04-M-1685 CBS__
                              Search Warrant Case Number  __04-M-1720-to-1730__
                              R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __ANDRES MARTINEZ-ACEVEZ__          Juvenile:    ☐ Yes    X  No

Alias Name  __"Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"__

Address _____

Birthdate: _____  SS #  __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__  Sex:  __MALE__  Race:  __Hispanic__          Nationalit  __Mexican__

**Defense Counsel if known:**          John Cicilline, Esq.          Address  __381 Atwells Ave., Providence, RI__

Bar Number  _____

**U.S. Attorney Information:**

AUSA  __Neil Gallagher__          Bar Number if applicable  _____

**Interpreter:**    X  Yes      No          List language and/or dialect:          __Spanish__

**Matter to be SEALED:**          Yes  X    No

        Warrant Requested          ☐ Regular Process          X  In Custody

**Location Status:**

Arrest Date      __5/1/2004__

X  Already in Federal Custody as of _____ in  __Wyatt Detention, Central Falls, RI__ .
☐ Already in State Custody at _____  ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____  on _____

**Charging Document:**      Complaint      ☐ Information      X  Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  X  Felony  __2__

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:  ~~10/5/04~~  3/23/05 _____    Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  ANDRES MARTINEZ-ACEVEZ, a/k/a "Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-andres.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** __II__      **Investigating Agency** __DEA__

**City** __Lynn__      **Related Case Information:**

**County** __Essex__      Superseding Ind./ Inf. __X__     Case No. __04-10299 PBS__
         Same Defendant __x__      New Defendant _____
         Magistrate Judge Case Number __04-M-1685 CBS__
         Search Warrant Case Number __04-M-1720 to 1730__
         R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __JOSE ROSALES__      Juvenile:    ☐ Yes    X No

Alias Name __TONY  AKA TONO  AKA JOEL AGOSTINI AKA JOSE ABREU__

Address __88 NEWARK ST, LYNN MA__

Birthdate: __5/10/76__   SS # __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__   Sex: __MALE__   Race: __Hispanic__    Nationalit __Mexican__

**Defense Counsel if known:**    Raymond A. O'Hara, Esq.     Address _1 Exchange Place., Worcester, MA_

Bar Number _____

**U.S. Attorney Information:**

AUSA _____      Bar Number if applicable _____

**Interpreter:**    X Yes    No      List language and/or dialect:    __Spanish__

**Matter to be SEALED:**      Yes   X   No

     Warrant Requested      ☐ Regular Process      X In Custody

**Location Status:**

Arrest Date    __5/1/04__

X Already in Federal Custody as of _____ in __Wyatt Detention, Central Falls, RI__ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**     Complaint     ☐ Information     X Indictment

**Total # of Counts:**     ☐ Petty ———   ☐ Misdemeanor ———   X☐ Felony — 4 —

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __3/23/05__      Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   JOSE ROSALES, a/k/a "Tony"; "Tono"; "Joel Agostini"; "Jose Abreu"

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-rosales.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                                        U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.**  II          **Investigating Agency**   DEA

**City**   Lynn                         **Related Case Information:**

**County**   Essex                      Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
                                        Same Defendant   x          New Defendant
                                        Magistrate Judge Case Number      04-M-1685 CBS
                                        Search Warrant Case Number     04-M-1720 to 1730
                                        R 20/R 40 from District of

### Defendant Information:

**Defendant Name**   VALENTIN MARTINEZ                Juvenile:        ☐ Yes    X No

**Alias Name**     VALENTIN RIVERA AKA V AKA VALE

**Address**      108 JOHNSON STREET, LYNN, MA

Birthdate:  12/20/69    SS #  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   Sex:  MALE   Race:  Hispanic          Nationalit  Mexican

**Defense Counsel if known:**      Ronald Ian Segal, Esq.      Address  23 Central Ave., Lynn, MA

Bar Number

### U.S. Attorney Information:

AUSA   Neil Gallagher                  Bar Number if applicable

**Interpreter:**    X Yes    X No        List language and/or dialect:      Spanish

**Matter to be SEALED:**        Yes   X   No

    Warrant Requested          ☐ Regular Process        x In Custody

**Location Status:**

Arrest Date      5/1/04

x  Already in Federal Custody as of                in   Wyatt Detention, Central Falls, RI  .
☐ Already in State Custody at                ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:                on

**Charging Document:**      Complaint      ☐ Information       X Indictment

**Total # of Counts:**    ☐ Petty ———    ☐ Misdemeanor ———   X☐ Felony —— 3

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05              Signature of AUSA:

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      VALENTIN MARTINEZ AKA VALENTIN RIVERA; V; VALE

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | 18 USC 924 | POSS. OF FIREARM | 7 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-valentin.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: __MA__                Category No. _____        Investigating Agency __DEA/MSP__

City __Lynn/Peabody__                    **Related Case Information:**

County __Essex__                Superseding Ind./ Inf.    X            Case No.    04-10299-PBS
                                Same Defendant     x            New Defendant _____
                                Magistrate Judge Case Number    04-m-1685-CBS
                                Search Warrant Case Number    04-m-1720 to 1730
                                R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   MANUEL GERMOSEN                    Juvenile   ☐ Yes   ☒ No

Alias Name   Kelvin Madera, Manolo

Address _____

Birth date (Year only): _____   SSN (last 4 #): _____   Sex _M_ Race:   Hispanic      Nationality: Dom Rep

**Defense Counsel if known:**   Steven Judge                Address:  23 Central Ave., #605
                                                        Lynn, MA 01902
**Bar Number:**

**U.S. Attorney Information:**

AUSA  Neil Gallagher                    Bar Number if applicable _____

Interpreter:   ☒ Yes  ☐ No            List language and/or dialect:    Spanish

Matter to be SEALED:   ☐ Yes  ☒ No

        ☐ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as   May 1, 2005        in   Plymouth County        .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____   on

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

Date: 3/23/05        Signature of AUSA:

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant    MANUEL GERMOSEN** _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II          **Investigating Agency**  DEA

**City**  Lynn                    **Related Case Information:**

**County**  Essex                Superseding Ind./ Inf.  X              Case No.  04-10299 PBS
                                 Same Defendant    X          New Defendant
                                 Magistrate Judge Case Number      04-M-1685 CBS
                                 Search Warrant Case Number      04-M-1720 to 1730
                                 R 20/R 40 from District of

**Defendant Information:**

Defendant Name   ABDALLAH HAMDAN                    Juvenile:      ☐ Yes    X No

Alias Name

Address      10 ROOSEVELT ST METHUEN MA

Birthdate:  1/17/76     SS #  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  Sex:  MALE  Race:  Arabic          Nationalit  Palestinian

**Defense Counsel if known:**     Melvin Norris, Esq.          Address  260 Boston Post Rd., Wayland, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Neil Gallagher                    Bar Number if applicable

**Interpreter:**      ☐ Yes    X No          List language and/or dialect:

**Matter to be SEALED:**        Yes  X        No

        Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date        5/1/04

X  Already in Federal Custody as of                    in    Wyatt Detention, Central Falls, RI      .
☐ Already in State Custody at                  ☐ Serving Sentence        ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:                    on

**Charging Document:**      Complaint      ☐ Information        X Indictment

**Total # of Counts:**      ☐ Petty            ☐ Misdemeanor            ☐ X Felony      4

Continue on Page 2 for Entry of U.S.C. Citations

        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

Date:   3/23/05          Signature of AUSA:

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ABDALLAH HAMDAN _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-hamdan.wpd - 2/7/02

✎JS 45  (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** _____    **U.S. District Court - District of Massachusetts**

Place of Offense:  __MA_____    Category No. _____    **Investigating Agency** __DEA/MSP_____

City  __Lynn/Peabody_____    **Related Case Information:**

County    __Essex_____    Superseding Ind./ Inf.  __X_____    Case No.  ___04-10299-PBS___
    Same Defendant  ___x_____    New Defendant _____
    Magistrate Judge Case Number  ___04-m-1685-CBS_____
    Search Warrant Case Number  ___04-m-1720 to 1730_____
    R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  __RICARDO MARTINEZ_____    Juvenile    ☐ Yes    ☒ No

Alias Name  __Chorizo, Chon_____

Address  _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex _M_ Race:  __Hispanic_____  Nationality: __Dom Rep_____

**Defense Counsel if known:**  _____    **Address:** _____

**Bar Number:**  _____

**U.S. Attorney Information:**

AUSA  __Neil Gallagher_____    **Bar Number if applicable** _____

Interpreter:    ☒ Yes ☐ No    List language and/or dialect:    __Spanish_____

Matter to be SEALED:    ☐ Yes    ☒ No

    ☐ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:**  _____

☐ **Already in Federal Custody as** _____  in  _____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:**  Ordered by _____  on  _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  __1 count_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date: 3/23/05    Signature of AUSA: _____

✎JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**     <u>RICARDO MARTINEZ</u> _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: __MA_____    Category No. _____    **Investigating Agency** __DEA/MSP_____

City __Lynn/Peabody_____    **Related Case Information:**

County    __Essex_____    Superseding Ind./ Inf. __X_____    Case No. ___04-10299-PBS__
                                     Same Defendant ___x_____    New Defendant _____
                                     Magistrate Judge Case Number   __04-m-1685-CBS___
                                     Search Warrant Case Number   __04-m-1720 to 1730__
                                     R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name  __HOWARD GREENBERG_____    Juvenile    ☐ Yes    ☒ No

Alias Name   _____

Address   _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race: __Caucasian___ Nationality: __US_____

**Defense Counsel if known:**    __Roger Witkin_____    **Address:** __6 Beacon Street, Ste 1010__
                                                                **Boston, MA 02108**_____
**Bar Number:**    _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher_____    **Bar Number if applicable** _____

Interpreter:    ☐ Yes ☐ No    **List language and/or dialect:**    __Spanish_____

**Matter to be SEALED:**    ☐ Yes    ☒ No

    ☐ **Warrant Requested**        ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:**    _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release:**    Ordered by __MJ Swartwood_____ on __May 2004__

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ **Indictment**

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ **Felony** __1 count_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date: _3/23/c5_    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    <u>HOWARD GREENBERG</u>

### U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1  <u>21 U.S.C. Sec. 846</u> | <u>Conspiracy to Distribute 5 Kg of Cocaine</u> | <u>Count One</u> |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  MA                Category No.                Investigating Agency  DEA/MSP

City  Lynn/Peabody                  **Related Case Information:**

County  Essex                       Superseding Ind./ Inf.   X                Case No.   04-10299-PBS
                                    Same Defendant     x               New Defendant
                                    Magistrate Judge Case Number    04-m-1685-CBS
                                    Search Warrant Case Number    04-m-1720 to 1730
                                    R 20/R 40 from District of

**Defendant Information:**

Defendant Name  EDGAR HOFFENS                   Juvenile    ☐ Yes    ☒ No

Alias Name   Carlos Colon Rivera, Tigueron

Address

Birth date (Year only):          SSN (last 4 #):          Sex  M  Race:   Caucasian    Nationality:  US

**Defense Counsel if known:    John Wall                   Address:  1 Commercial Wharf West
                                                                      Boston, MA 02110**

**Bar Number:**

**U.S. Attorney Information:**

AUSA  Neil Gallagher                         Bar Number if applicable

Interpreter:    ☒ Yes  ☐ No         List language and/or dialect:    Spanish

Matter to be SEALED:    ☐ Yes   ☒ No

☐ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:**

☒ **Already in Federal Custody as**                  in                                    .
☐ **Already in State Custody**                  ☐ Serving Sentence   ☐ Awaiting Trial
☐ **On Pretrial Release:**   Ordered by                  on

**Charging Document:**        ☐ Complaint        ☐ Information        ☒ Indictment

**Total # of Counts:**        ☐ Petty              ☐ Misdemeanor              ☒ Felony   1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.**

Date: 3/23/05          Signature of AUSA:

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    **EDGAR HOFFENS**

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

/3

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**    **Category No.**  II ___    **Investigating Agency**  DEA ___

**City**    Lynn ___    **Related Case Information:**

**County**    Essex ___

Superseding Ind./ Inf. ___ X ___    Case No.   04-10299 PBS
Same Defendant ___ X ___    New Defendant ___
Magistrate Judge Case Number    04-M-1685 CBS
Search Warrant Case Number    04-M-1720 to 1730
R 20/R 40 from District of ___

**Defendant Information:**

Defendant Name    ROGELIO GARCIA ___    Juvenile:    ☐ Yes    X No

Alias Name    LACUILLA AKA LACUILLA AKA LACUIJI AKA EL JAROCHO AKA LA COLADERA

Address    85 WALNUT AVE., REVERE, MA

Birthdate: 7/15/80 ___ SS # 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 Sex: MALE Race: Hispanic ___ Nationalit USA ___

**Defense Counsel if known:**    James H. Budreau, Esq. ___    Address  20 Park Plaza, Boston, MA ___

Bar Number ___

**U.S. Attorney Information:**

AUSA   Neil Gallagher ___    Bar Number if applicable ___

**Interpreter:**    ☐ Yes    X No    List language and/or dialect: ___

**Matter to be SEALED:**    Yes  X    No

Warrant Requested    X☐  Regular Process    In Custody

**Location Status:**

Arrest Date ___

Already in Federal Custody as of ___ in ___ .
☐ Already in State Custody at ─────── ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release:    Ordered by:    Mag. Judge Swartwood ___ on ___

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ___    ☐ Misdemeanor ___    ☐ X Felony ── 2 ──

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:   3/23/05 ___    Signature of AUSA:  _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    ROGELIO GARCIA _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

✎JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:    MA                Category No. _____    Investigating Agency  DEA/MSP

City    Lynn/Peabody                **Related Case Information:**

County    Essex                Superseding Ind./ Inf.    X            Case No.    04-10299-PBS
                                 Same Defendant    x            New Defendant
                                 Magistrate Judge Case Number    04-m-1685-CBS
                                 Search Warrant Case Number    04-m-1720 to 1730
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    JAVIER ANGEL ROMERO            Juvenile    ☐ Yes    ☒ No

Alias Name    Ramon Acosta, the Singer

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex M Race: Hispanic    Nationality: _____

**Defense Counsel if known:**    **Ray Buso**            **Address:**  **15 Church Street**
                                                                            **Salem, MA 01970**
**Bar Number:**

**U.S. Attorney Information:**

AUSA  Neil Gallagher                Bar Number if applicable _____

**Interpreter:**    ☒ Yes  ☐ No        **List language and/or dialect:**    Spanish

**Matter to be SEALED:**    ☐ Yes  ☒ No

         ☐ Warrant Requested        ☐ Regular Process            ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony  1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

Date:  3/23/05            Signature of AUSA: _____