JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    JAVIER ANGEL ROMERO

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet                                       U.S. District Court - District of Massachusetts

**Place of Offense:** MA            **Category No.** _____       **Investigating Agency** DEA/MSP

**City** Lynn/Peabody                **Related Case Information:**

**County** Essex                     Superseding Ind./ Inf.   X             Case No.   04-10299-PBS
                                     Same Defendant    x              New Defendant _____
                                     Magistrate Judge Case Number    04-m-1685-CBS
                                     Search Warrant Case Number     04-m-1720 to 1730
                                     R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   CHRISTIAN GERMOSEN              Juvenile   [ ] Yes   [X] No

Alias Name   _____

Address   _____

Birth date (Year only): ____  SSN (last 4 #): ____  Sex M  Race: Hispanic   Nationality: Dom. Rep.

**Defense Counsel if known:**   Michael Hickey           **Address:** 15 Church Street
                                                                    Salem, MA 01970
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher                **Bar Number if applicable** _____

Interpreter:   [X] Yes  [ ] No    List language and/or dialect:   Spanish

Matter to be SEALED:   [ ] Yes   [X] No

[ ] Warrant Requested    [ ] Regular Process    [ ] In Custody

**Location Status:**

**Arrest Date:** _____

[X] Already in Federal Custody as _____ in _____.
[ ] Already in State Custody _____   [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release:   Ordered by _____ on _____

Charging Document:   [ ] Complaint   [ ] Information   [X] Indictment
Total # of Counts:   [ ] Petty ____  [ ] Misdemeanor ____  [X] Felony   1 count

                        Continue on Page 2 for Entry of U.S.C. Citations

[X]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

Date: 3/23/05         Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   CHRISTIAN GERMOSEN

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**         **U.S. District Court - District of Massachusetts**

Place of Offense: __MA__    Category No. _____    Investigating Agency __DEA/MSP__

City __Lynn/Peabody__    Related Case Information:

County __Essex__    Superseding Ind./ Inf. __X__    Case No. __04-10299-PBS__
Same Defendant __x__    New Defendant _____
Magistrate Judge Case Number __04-m-1685-CBS__
Search Warrant Case Number __04-m-1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __JUAN MARTINEZ__    Juvenile ☐ Yes ☒ No

Alias Name __Juan Eustate__

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race: __Hispanic__ Nationality: __Mexican__

Defense Counsel if known: _____ Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__    Bar Number if applicable _____

Interpreter: ☒ Yes ☐ No    List language and/or dialect: __Spanish__

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: __FUGITIVE__

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document: ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts: ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __1 count__

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05__    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    JUAN MARTINEZ

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** MA    **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn/Peabody    **Related Case Information:**

**County** Essex    Superseding Ind./ Inf. X    Case No. 04-10299-PBS
Same Defendant  x    New Defendant _____
Magistrate Judge Case Number   04-m-1685-CBS
Search Warrant Case Number   04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   GERARDO VASSUER ORTIZ    Juvenile  ☐ Yes  ☒ No

Alias Name   Scarface

Address   _____

Birth date (Year only): ___  SSN (last 4 #): ___  Sex M  Race: Hispanic  Nationality: Mexican

**Defense Counsel if known:**   Richard Welsh    Address: 80 Worchester St., Ste 5
                                                          North Grafton MA, 01536
**Bar Number:**   _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher    Bar Number if applicable _____

Interpreter:   ☒ Yes  ☐ No    List language and/or dialect:   Spanish

Matter to be SEALED:   ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**   ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**   ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    GERARDO VASSUER ORTIZ

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

Place of Offense: MA          Category No. _____          Investigating Agency  DEA/MSP

City  Lynn/Peabody          Related Case Information:

County  Essex          Superseding Ind./ Inf.  X          Case No.  04-10299-PBS
                         Same Defendant    x          New Defendant
                         Magistrate Judge Case Number     04-m-1685-CBS
                         Search Warrant Case Number      04-m-1720 to 1730
                         R 20/R 40 from District of

**Defendant Information:**

Defendant Name  PHIL ASARO          Juvenile  ☐ Yes  ☒ No

Alias Name  _____

Address  _____

Birth date (Year only): ____  SSN (last 4 #): ____  Sex  M  Race:  Caucasian  Nationality: ____

Defense Counsel if known:  Kirk Griffin          Address:  50 Standford Street
                                                                    Boston, MA 02114
Bar Number: ____

**U.S. Attorney Information:**

AUSA  Neil Gallagher          Bar Number if applicable ____

Interpreter:  ☐ Yes  ☒ No          List language and/or dialect: ____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

Arrest Date: ____

☐ Already in Federal Custody as ____ in ____
☐ Already in State Custody ____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by  MJ Swartwood  on  May 2004

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  3/23/05          Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    PHIL ASARO _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

Case 1:04-cr-10299-PBS    Document 95-3    Filed 03/23/2005    Page 10 of 16

◇JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** MA    **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn/Peabody    **Related Case Information:**

**County** Essex
Superseding Ind./ Inf.    X        Case No.    04-10299-PBS
Same Defendant    x        New Defendant _____
Magistrate Judge Case Number    04-m-1685-CBS
Search Warrant Case Number    04-m-1720 to 1730
R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name    SILVESTRE LIZARDI        Juvenile    ☐ Yes    ☒ No

Alias Name    _____

Address    _____

Birth date (Year only): _____    SSN (last 4 #): _____    Sex M    Race: Hispanic    Nationality: _____

Defense Counsel if known:    Michael Sneider        Address: 95 Commercial Wharf
                                                              Boston, MA 2110
Bar Number: _____

**U.S. Attorney Information:**

AUSA    Neil Gallagher        Bar Number if applicable _____

Interpreter:    ☒ Yes  ☐ No        List language and/or dialect:    Spanish

Matter to be SEALED:    ☐ Yes    ☒ No

☐ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by    MJ Swartwood    on    May 2004

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty ____    ☐ Misdemeanor ____    ☒ Felony    1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  3/23/05        Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   SILVESTRE LIZARDI

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**     **Category No.** II     **Investigating Agency** DEA

**City** Lynn     **Related Case Information:**

**County** Essex
Superseding Ind./ Inf.  X     Case No. 04-10299 PBS
Same Defendant  x     New Defendant _____
Magistrate Judge Case Number    04-M-1685 CBS
Search Warrant Case Number    04-M-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    ROBERT V. RUSCIO     Juvenile:    ☐ Yes    X No

Alias Name _____

Address    286 NEWBURY ST., PEABODY, MA

Birthdate: 7/15/51    SS # 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    Sex: MALE    Race: White    Nationalit USA

Defense Counsel if known:    Edward L. Hayden, Esq.    Address 7 Franklin St., Lynn, MA

Bar Number _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher    Bar Number if applicable _____

Interpreter:    ☐ Yes    X No    List language and/or dialect: _____

Matter to be SEALED:    Yes    X No

\ Warrant Requested    X☐ Regular Process    In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
x On Pretrial Release:    Ordered by:    Mag. Judge Swartwood    on _____

**Charging Document:**    ☐ Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty    ☐ Misdemeanor    X☐ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    ROBERT V. RUSCIO

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 856 | MAINT. PLACE FOR DRUG PURPOSES | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised USAO MA 6/29/04)

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** MA  **Category No.** _____  **Investigating Agency** DEA/MSP

**City** Lynn/Peabody

**County** Essex

**Related Case Information:**
Superseding Ind./ Inf.  X    Case No. 04-10299-PBS
Same Defendant  x    New Defendant _____
Magistrate Judge Case Number    04-m-1685-CBS
Search Warrant Case Number     04-m-1720 to 1730
R 20/R 40 from District of _____

### Defendant Information:

**Defendant Name** GIOVANI AVILA    Juvenile: [ ] Yes  [X] No

**Alias Name** _____

**Address** _____

**Birth date (Year only):** ____  **SSN (last 4 #):** ____  **Sex** M  **Race:** Hispanic  **Nationality:** ____

**Defense Counsel if known:** Michael Natola    **Address:** 240 Commerical Street, Ste 2B, Boston, MA 02109

**Bar Number:** _____

### U.S. Attorney Information:

**AUSA** Neil Gallagher    **Bar Number if applicable** _____

**Interpreter:** [ ] Yes  [X] No    **List language and/or dialect:** _____

**Matter to be SEALED:** [ ] Yes  [X] No

[ ] Warrant Requested    [ ] Regular Process    [ ] In Custody

### Location Status:

**Arrest Date:** _____

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____  [ ] Serving Sentence  [ ] Awaiting Trial
[X] On Pretrial Release:  Ordered by MJ Swartwood  on May 2004

**Charging Document:**  [ ] Complaint  [ ] Information  [X] Indictment

**Total # of Counts:**  [ ] Petty ___  [ ] Misdemeanor ___  [X] Felony  1 count

*Continue on Page 2 for Entry of U.S.C. Citations*

[X]  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   GIOVANI AVILA

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: MA      Category No. _____      Investigating Agency  DEA/MSP

City  Lynn/Peabody            Related Case Information:

County  Essex                Superseding Ind./ Inf.   X         Case No.  04-10299-PBS
                             Same Defendant    x        New Defendant
                             Magistrate Judge Case Number   04-m-1685-CBS
                             Search Warrant Case Number    04-m-1720 to 1730
                             R 20/R 40 from District of

**Defendant Information:**

Defendant Name  GILBERTO ZAYAS                         Juvenile   [ ] Yes  [X] No

Alias Name  Cumbia King, Tony

Address  _____

Birth date (Year only): ____  SSN (last 4 #): ____  Sex  M  Race:  Hispanic   Nationality: ____

Defense Counsel if known:  Raymond E. Gillespie        Address: 875 Massachusetts Ave, Ste 32
                                                                Cambridge, MA 02139
Bar Number:

**U.S. Attorney Information:**

AUSA  Neil Gallagher                Bar Number if applicable  ____

Interpreter:  [X] Yes  [ ] No       List language and/or dialect:   Spanish

Matter to be SEALED:  [ ] Yes  [X] No

[ ] Warrant Requested      [ ] Regular Process      [ ] In Custody

**Location Status:**

Arrest Date: ____

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____   [ ] Serving Sentence   [ ] Awaiting Trial
[X] On Pretrial Release:  Ordered by  MJ Swartwood  on  May 2004

Charging Document:  [ ] Complaint  [ ] Information  [X] Indictment

Total # of Counts:  [ ] Petty ____  [ ] Misdemeanor ____  [X] Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

[X]  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  3/23/05           Signature of AUSA: _____