✎JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     **GILBERTO ZAYAS** _____

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet   U.S. District Court - District of Massachusetts

**Place of Offense:** MA  **Category No.** _____  **Investigating Agency** DEA/MSP

**City** Lynn/Peabody  **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. __X__   **Case No.** 04-10299-PBS
Same Defendant __x__   New Defendant _____
Magistrate Judge Case Number  04-m-1685-CBS
Search Warrant Case Number  04-m-1720 to 1730
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** LUIS E. DEJESUS   Juvenile ☐ Yes  [X] No

**Alias Name** Edgardo

**Address** _____

**Birth date (Year only):** _____ **SSN (last 4 #):** _____ **Sex** M  **Race:** Hispanic  **Nationality:** _____

**Defense Counsel if known:** John W. Laymon   **Address:** 77 Franklin Street, # 3
Boston, MA 02110

**Bar Number:** _____

## U.S. Attorney Information:

**AUSA** Neil Gallagher   **Bar Number if applicable** _____

**Interpreter:** [x] Yes ☐ No   **List language and/or dialect:** Spanish

**Matter to be SEALED:** ☐ Yes [x] No

☐ Warrant Requested   ☐ Regular Process   ☐ In Custody

## Location Status:

**Arrest Date:** _____

[x] Already in Federal Custody as  May 2004  in  Wyatt
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint ☐ Information [x] Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor [x] Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

[x]  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05   **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    LUIS E. DEJESUS

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

✠JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**   Category No. __II__   Investigating Agency __DEA__

City __Lynn__

County __Essex__

**Related Case Information:**
Superseding Ind./ Inf.  __X__    Case No. __04-10299 PBS__
Same Defendant __X__    New Defendant _____
Magistrate Judge Case Number __04-M- 1731CBS__
Search Warrant Case Number __04- M 1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __BENITO GRULLON__   Juvenile: ☐ Yes  X No

Alias Name __QUICO__

Address _____

Birthdate: _____  SS # _____  Sex: __MALE__  Race: __Hispanic__  Nationalit __Dominican__

Defense Counsel if known: __Ron Ian Segal, Esq..__   Address __23 Central Ave., Lynn, MA__

Bar Number _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__   Bar Number if applicable _____

Interpreter:  X Yes   No   List language and/or dialect: __Spanish__

Matter to be SEALED:  Yes  X No

____ Warrant Requested    X Regular Process    ____ In Custody

**Location Status:**

Arrest Date __5/1/04__

X Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   X Felony   __2__

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05__   Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   BENITO GRULLON

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | DISTRIBUTION OF COCAINE | 8 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-grulle.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

**Place of Offense:** MA, CA       **Category No.** _____       **Investigating Agency** DEA/MSP

**City** Lynn       **Related Case Information:**

**County** Essex       Superseding Ind./ Inf.  x       Case No.  04-10299-PBS
Same Defendant _____       New Defendant  X
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   MARTIN CERNA GARCIA       Juvenile  ☐ Yes  ☒ No

Alias Name   "Willy"; "Nephew"

Address   11027 Meyers Dr., Cucamnga, CA 91730

Birth date (Year only): 1963   SSN (last 4 #): ____   Sex M   Race: Hispanic   Nationality: Mexican

**Defense Counsel if known:** _____       **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher       Bar Number if applicable _____

Interpreter:   ☒ Yes  ☐ No       List language and/or dialect:  Spanish

Matter to be SEALED:   ☒ Yes  ☐ No

☒ Warrant Requested       ☐ Regular Process       ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05       Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    MARTIN CERNA GARCIA

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 KG of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                               **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA        **Category No.** _____        **Investigating Agency** DEA/MSP

**City** Lynn, MA              **Related Case Information:**

**County** Essex               Superseding Ind./ Inf.  x        Case No.  04-10299-PBS
                               Same Defendant  _____            New Defendant  X
                               Magistrate Judge Case Number  _____
                               Search Warrant Case Number  _____
                               R 20/R 40 from District of  _____

**Defendant Information:**

**Defendant Name**  ROBINSON RUIZ              Juvenile   ☐ Yes   ☒ No

**Alias Name**  "Metresa"

**Address**  6 Houston Street, Lynn, MA 01905

**Birth date (Year only):** 1964   **SSN (last 4 #):** 6369   **Sex** M   **Race:** Hispanic   **Nationality:** Dom. Republic

**Defense Counsel if known:** _____        **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Neil Gallagher                  **Bar Number if applicable** _____

**Interpreter:**  ☒ Yes  ☐ No     **List language and/or dialect:**  Spanish

**Matter to be SEALED:**  ☒ Yes  ☐ No

☒ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05        **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    ROBINSON RUIZ

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

**Place of Offense:** MA  **Category No.** _____  **Investigating Agency** DEA/MSP

**City** Lynn, MA  **Related Case Information:**

**County** Essex  Superseding Ind./ Inf. __x__  **Case No.** 04-10299-PBS
Same Defendant _____  New Defendant __X__
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   CARLOS RAFAEL ROJAS   Juvenile ☐ Yes  ☒ No

Alias Name   "Chelo"; "Ramon"

Address   _____

Birth date (Year only): ___  SSN (last 4 #): ___  Sex __M__  Race: ___  Nationality: ___

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher   Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No   List language and/or dialect:   Spanish

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**  ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05   Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    CARLOS RAFAEL ROJAS, a/k/a "Chelo," a/k/a "Ramon"

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2  18 USC 924 | Poss. of a Firearm | Count Seven |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

≋JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: __MA__          Category No. _____          Investigating Agency __DEA/MSP__

City __Lynn/Peabody__          Related Case Information:

County __Essex__          Superseding Ind./ Inf.  __X__          Case No.  __04-10299-PBS__
                          Same Defendant  _____          New Defendant  __X__
                          Magistrate Judge Case Number  _____
                          Search Warrant Case Number  _____
                          R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  __CARLOS ORLANDO ARGUETA-MACARIO__          Juvenile  [ ] Yes  [X] No

Alias Name  __"Chaparro"__

Address  __15 Washington Place, Peabody, MA 01960__

Birth date (Year only): __1967__  SSN (last 4 #): __0292__  Sex __M__  Race: __Hispanic__  Nationality: __Mexican__

Defense Counsel if known:  _____          Address:  _____

Bar Number:  _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__          Bar Number if applicable  _____

Interpreter:  [X] Yes  [ ] No          List language and/or dialect:  __Spanish__

Matter to be SEALED:  [X] Yes  [ ] No

[X] Warrant Requested          [ ] Regular Process          [ ] In Custody

**Location Status:**

Arrest Date:  _____

[ ] Already in Federal Custody as _____ in _____.
[ ] Already in State Custody _____  [ ] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by _____ on _____

Charging Document:  [ ] Complaint  [ ] Information  [X] Indictment

Total # of Counts:  [ ] Petty ____  [ ] Misdemeanor ____  [X] Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

[X]    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05__          Signature of AUSA: _____

✎JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     CARLOS ORLANDO ARGUETA-MACARIO, a.k.a. "Chaparro"

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: __MA__    Category No. _____    Investigating Agency __DEA/MSP__

City __Lynn, MA__    Related Case Information:

County __Essex__    Superseding Ind./ Inf. __x__    Case No. __04-10299-PBS__
Same Defendant _____    New Defendant __X__
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __WILLIAM R. HOLMES__    Juvenile  ☐ Yes  ☒ No

Alias Name __"Billy"__

Address __43 Reservoir Drive, Danvers, MA__

Birth date (Year only): __1961__  SSN (last 4 #): __7332__  Sex __M__  Race: _____  Nationality: _____

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__    Bar Number if applicable _____

Interpreter:  ☐ Yes  ☐ No    List language and/or dialect: _____

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty  ☐ Misdemeanor  ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05__    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   WILLIAM R. HOLMES, a/k/a "Billy"

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet     U.S. District Court - District of Massachusetts

Place of Offense: __MA__     Category No. _____     Investigating Agency __DEA/MSP__

City __Lynn, MA__     Related Case Information:

County __Essex__

Superseding Ind./ Inf. __x__     Case No. __04-10299-PBS__
Same Defendant _____     New Defendant __X__
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __GENE A. ANDERSON__     Juvenile [ ] Yes [X] No

Alias Name _____

Address __87 Broad Street #1, Lynn, MA__

Birth date (Year only): __1970__ SSN (last 4 #): __0733__ Sex __M__ Race: _____ Nationality: _____

Defense Counsel if known: _____ Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__     Bar Number if applicable _____

Interpreter: [ ] Yes [ ] No     List language and/or dialect: _____

Matter to be SEALED: [x] Yes [ ] No

[x] Warrant Requested     [ ] Regular Process     [ ] In Custody

**Location Status:**

Arrest Date: _____

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____ [ ] Serving Sentence [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by _____ on _____

Charging Document: [ ] Complaint     [ ] Information     [x] Indictment

Total # of Counts: [ ] Petty ____ [ ] Misdemeanor ____ [x] Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

[x]    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05     Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    GENE A. ANDERSON

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**