UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA

                                           CRIMINAL ACTION
                                           NO.   04-10299-PBS

                   v.

DANIEL AGUILAR
ROBERTO SOLORIO
RICARDO ESTRADA
VALENTIN MARTINEZ
HOWARD GREENBERG
CHRISTIAN GERMOSEN
PHILLIP ASARO
SILVESTRE LIZARDI
GIOVANNI AVILA
GILBERTO ZAYAS
LUIS DEJESUS
BENITO GRULLON
MARTIN CERNA-GARCIA
CARLOS RAFAEL ROJAS
CARLOS ORLANDO ARGUETA-MARCARIO
WILLIAM HOLMES
GENE ANDERSON

**NOTICE OF STATUS CONFERENCE**


SARIS, U.S.D.J.                                        November 21, 2005


        Please take notice that a Status Conference **with all counsel representing the above-named defendants present** has been **scheduled** for **December 12, 2005** at **4:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA


                               By the Court,


                                /s/ Robert C. Alba__
                               Deputy Clerk


Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA

                                        CRIMINAL ACTION
                                        NO.  04-10299-PBS

           v.

DANIEL AGUILAR
ROBERTO SOLORIO
RICARDO ESTRADA
VALENTIN MARTINEZ
HOWARD GREENBERG
CHRISTIAN GERMOSEN
PHILLIP ASARO
SILVESTRE LIZARDI
GIOVANNI AVILA
GILBERTO ZAYAS
LUIS DEJESUS
BENITO GRULLON
MARTIN CERNA-GARCIA
CARLOS RAFAEL ROJAS
CARLOS ORLANDO ARGUETA-MARCARIO
WILLIAM HOLMES
GENE ANDERSON

## NOTICE OF STATUS CONFERENCE


SARIS, U.S.D.J.                                        November 21, 2005


        Please take notice that a Status Conference **with all counsel representing the above-named defendants present** has been **scheduled** for **December 12, 2005** at **4:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA


                                        By the Court,


                                        _/s/ Robert C. Alba__
                                        Deputy Clerk


Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                                    CRIMINAL ACTION
                                    NO.   04-10299-PBS

           v.

DANIEL AGUILAR
ROBERTO SOLORIO
RICARDO ESTRADA
VALENTIN MARTINEZ
HOWARD GREENBERG
CHRISTIAN GERMOSEN
PHILLIP ASARO
SILVESTRE LIZARDI
GIOVANNI AVILA
GILBERTO ZAYAS
LUIS DEJESUS
BENITO GRULLON
MARTIN CERNA-GARCIA
CARLOS RAFAEL ROJAS
CARLOS ORLANDO ARGUETA-MARCARIO
WILLIAM HOLMES
GENE ANDERSON

## NOTICE OF STATUS CONFERENCE

SARIS, U.S.D.J.                                         November 21, 2005

      Please take notice that a Status Conference **with all counsel representing the above-named defendants present** has been **scheduled** for **December 12, 2005** at **4:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA

                                By the Court,

                                  _/s/ Robert C. Alba__
                                  Deputy Clerk

Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA

                                                    CRIMINAL ACTION
                                                    NO.  04-10299-PBS

              v.

DANIEL AGUILAR
ROBERTO SOLORIO
RICARDO ESTRADA
VALENTIN MARTINEZ
HOWARD GREENBERG
CHRISTIAN GERMOSEN
PHILLIP ASARO
SILVESTRE LIZARDI
GIOVANNI AVILA
GILBERTO ZAYAS
LUIS DEJESUS
BENITO GRULLON
MARTIN CERNA-GARCIA
CARLOS RAFAEL ROJAS
CARLOS ORLANDO ARGUETA-MARCARIO
WILLIAM HOLMES
GENE ANDERSON

## **NOTICE OF STATUS CONFERENCE**


SARIS, U.S.D.J.                                    November 21, 2005


        Please take notice that a Status Conference **with all counsel representing the above-named defendants present** has been **scheduled** for **December 12, 2005** at **4:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA


                                      By the Court,


                                       _/s/ Robert C. Alba__
                                      Deputy Clerk


Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA

                    CRIMINAL ACTION
                    NO.   04-10299-PBS

           v.

DANIEL AGUILAR
ROBERTO SOLORIO
RICARDO ESTRADA
VALENTIN MARTINEZ
HOWARD GREENBERG
CHRISTIAN GERMOSEN
PHILLIP ASARO
SILVESTRE LIZARDI
GIOVANNI AVILA
GILBERTO ZAYAS
LUIS DEJESUS
BENITO GRULLON
MARTIN CERNA-GARCIA
CARLOS RAFAEL ROJAS
CARLOS ORLANDO ARGUETA-MARCARIO
WILLIAM HOLMES
GENE ANDERSON

## **NOTICE OF STATUS CONFERENCE**


SARIS, U.S.D.J.                                     November 21, 2005


      Please take notice that a Status Conference **with all counsel representing the above-named defendants present** has been **scheduled** for **December 12, 2005** at **4:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA


                            By the Court,


                            _/s/ Robert C. Alba__
                            Deputy Clerk

Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA

                                        CRIMINAL ACTION
                                        NO.   04-10299-PBS

          v.

DANIEL AGUILAR
ROBERTO SOLORIO
RICARDO ESTRADA
VALENTIN MARTINEZ
HOWARD GREENBERG
CHRISTIAN GERMOSEN
PHILLIP ASARO
SILVESTRE LIZARDI
GIOVANNI AVILA
GILBERTO ZAYAS
LUIS DEJESUS
BENITO GRULLON
MARTIN CERNA-GARCIA
CARLOS RAFAEL ROJAS
CARLOS ORLANDO ARGUETA-MARCARIO
WILLIAM HOLMES
GENE ANDERSON

## NOTICE OF STATUS CONFERENCE


SARIS, U.S.D.J.                                       November 21, 2005


      Please take notice that a Status Conference **with all counsel representing the above-named defendants present** has been **scheduled** for **December 12, 2005** at **4:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA


                                      By the Court,


                                     /s/ Robert C. Alba__
                                    Deputy Clerk


Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

          CRIMINAL ACTION
          NO.  04-10299-PBS

v.

DANIEL AGUILAR
ROBERTO SOLORIO
RICARDO ESTRADA
VALENTIN MARTINEZ
HOWARD GREENBERG
CHRISTIAN GERMOSEN
PHILLIP ASARO
SILVESTRE LIZARDI
GIOVANNI AVILA
GILBERTO ZAYAS
LUIS DEJESUS
BENITO GRULLON
MARTIN CERNA-GARCIA
CARLOS RAFAEL ROJAS
CARLOS ORLANDO ARGUETA-MARCARIO
WILLIAM HOLMES
GENE ANDERSON

## NOTICE OF STATUS CONFERENCE

SARIS, U.S.D.J.                                          November 21, 2005

     Please take notice that a Status Conference **with all counsel representing the above-named defendants present** has been **scheduled** for **December 12, 2005** at **4:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA

By the Court,

  _/s/ Robert C. Alba__
Deputy Clerk

Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA

                                                    CRIMINAL ACTION
                                                     NO.  04-10299-PBS

                v.

DANIEL AGUILAR
ROBERTO SOLORIO
RICARDO ESTRADA
VALENTIN MARTINEZ
HOWARD GREENBERG
CHRISTIAN GERMOSEN
PHILLIP ASARO
SILVESTRE LIZARDI
GIOVANNI AVILA
GILBERTO ZAYAS
LUIS DEJESUS
BENITO GRULLON
MARTIN CERNA-GARCIA
CARLOS RAFAEL ROJAS
CARLOS ORLANDO ARGUETA-MARCARIO
WILLIAM HOLMES
GENE ANDERSON

## NOTICE OF STATUS CONFERENCE


SARIS, U.S.D.J.                                    November 21, 2005


        Please take notice that a Status Conference **with all counsel representing the above-named defendants present** has been **scheduled** for **December 12, 2005** at **4:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA


                                    By the Court,


                                     _/s/ Robert C. Alba__
                                    Deputy Clerk


Copies to:  All Counsel