```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | CRIMINAL ACTION |
| v. | ) | |
| | ) | NO. 04-10299-PBS |
| 7.  VALENTIN MARTINEZ | ) | |
| | ) | |
| 23. LUIS DEJESUS | ) | |
| | ) | |

JOINT MOTION TO CONTINUE TRIAL DATE UNTIL JULY 10, 2006

The United States and the defendants VALENTIN MARTINEZ, by and through his counsel William Keefe, and LUIS DEJESUS, by and through his counsel John Laymon, respectfully moves this Court for a continuance of the February 27, 2006 trial date until July 10, 2006. In support, the parties submit that both defendants MARTINEZ and DEJESUS intend to enter pleas of guilty but additional time is needed to finalize plea agreements with the government.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

By:        /s/ Neil J. Gallagher, Jr.
                                        Neil J. Gallagher, Jr.
                                        Sandra Bower
                                        Assistant U.S. Attorneys
                                        One Courthouse Way
                                        Boston, MA

Date: February 16, 2006

<u>Certificate of Service</u>
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and mailed to all those not participating in ECF.

<u>/s/ Neil J. Gallagher, Jr.</u>
Neil J. Gallagher, Jr.