LUISES~1.txt

19

```
1              THE DEFENDANT:  Yes.
2              THE COURT:  Okay.  Do you plead guilty that the
3    conspiracy involved at least five kilograms of cocaine?
4    Mr. DeJesus, at least five kilograms of cocaine?
5              MR. GALLAGHER:  Just to clarify, your Honor,
6    there's a not binding stipulation in the plea agreement that
7    the defendant is only admitted to five kilograms or more.
8              THE COURT:  Thank you for the clarification, do
9    you plead guilty there was at least 500 grams?
10             THE DEFENDANT:  Yes.
11             THE COURT:  Plead guilty Mr. Estrada that it was
12   at least five kilograms of cocaine?
13             THE DEFENDANT:  Yes.
14             THE COURT:  Moving up to Count 9 for both of
15   you.
16             MR. LAYMON:  No, just for one, your Honor.
17             THE COURT:  Let me get there and I will see.
18             THE COURT:  All right.  Now, with respect to
19   Count 9 that on or about May 1st, 2004, in Peabody, Danvers
20   and elsewhere in Massachusetts that you, Mr. Estrada, did
21   knowingly and intentionally possess with the intent to
22   distribute cocaine and that the amount of cocaine was at
23   least five kilograms performance cocaine.  Do you plead
24   guilty to that?
25             THE DEFENDANT:  Yes.
```