UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-10299-23-PBS

UNITED STATES OF AMERICA

v.

LUIS E. DEJESUS a/k/a/ EDGARDO

**NOTICE OF APPEAL**

NOW COMES the defendant, Luis E. DeJesus, by counsel and files Notice of Appeal from his conviction, sentence, judgment and commitment entered on June 23, 2006.

June 29, 2006                    Respectfully submitted,
                                 Luis DeJesus
                                 By his District Ct. Appointed Counsel

                                 /s/ John W. Laymon
                                 Law Offices of John W. Laymon
                                 77 Franklin Street 3rd Floor
                                 Boston, MA 02109
                                 617-338-0089
                                 BBO#489260
                                 jwlaylaw@verizon.net

Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the 29th day of June, 2006.

                                          /s/ John W. Laymon, Esq.