UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-10299-23-PBS

UNITED STATES OF AMERICA

v.

LUIS E. DEJESUS a/k/a/ EDGARDO

## DEFENDANT'S REQUEST FOR VOLUNTARY DISMISSAL OF APPEAL

NOW COMES the defendant, Luis E. DeJesus, by counsel and submits a voluntary dismissal of appeal entered on June 29, 2006 pursuant to Fed.R.App.P.42(b).

For reasons counsel states that defendant withdraws his appeal as to not violate his agreement with the government.

Assistant United States Attorney, Neil Gallagher, has assented to this motion.

July10, 2006

Respectfully submitted,
Luis DeJesus
By his Counsel

Assented to:

*[signature]*
Neil Gallagher, AUSA

/s/ John W. Laymon
Law Offices of John W. Laymon 77
Franklin Street 3rd Floor
Boston, MA 02109
617-338-0089
BBO#489260
jwlaylaw@verizon.net

### Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the 10th day of July, 2006.

/s/ John W. Laymon, Esq.